UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON CONTROLS AIR CONDITIONING AND REFRIGERATION, INC. (DUBAI BRANCH),<br><br>    Plaintiff,<br><br> -against-<br><br>DANMAR LINES LTD.,<br><br>    Defendant. | 23 -CV- 05999 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    By Order of Reference dated December 20, 2023 (ECF 14), Judge J. Paul Oetken referred this case to Magistrate Judge James L. Cott for settlement. On December 21, 2023, that referral was reassigned to me. By **Friday, January 5, 2024**, the parties are instructed to submit a joint letter on the docket proposing four dates after February 2nd, 2024, that they would be available for a 2 p.m. settlement conference.

    The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  December 21, 2023
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge