UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON CONTROLS AIR CONDITIONING AND REFRIGERATION, INC. (DUBAI BRANCH),<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>DANMAR LINES LTD.,<br><br>　　　　　Defendant. | 23-CV-05999 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　On January 5, 2024, the parties jointly proposed dates for a settlement conference. (ECF 16.) Based on the dates provided by the parties, I have scheduled a settlement conference in this matter for **Tuesday, March 19, 2024**, **at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

　　Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, March 12, 2024, at 5:00 p.m.**

DATED:　January 9, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge