JOHN F RYAN, ESQ.   320 8ᵀᴴ AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

> Parties' request to adjourn the settlement conference scheduled for 3/19/2024 is GRANTED. A settlement conference is scheduled for 3/28/2024 at 2 PM, with pre-conference submissions due 3/25/2024 by 12 PM. The settlement conference on 3/28/2024 will be adjourned if parties note that there's a settlement-in-principle in their 3/22/2024 joint status letter.
>
> Date: 3/08/2024
> New York, NY
>
> SO ORDERED
> [signature]
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

MARCH 7, 2024

The Honorable Robyn F. Tarnofsky
United States District Court Magistrate Judge
USDC SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 9B
New York, NY 10007

RE: Johnson Controls Air Conditioning and
    Refrigeration, Inc. (Dubai Branch)
    V.
    Danmar Lines Ltd. a/k/a Danmar Lines
    23-cv-05999 (JPO)(RFT)

Dear Judge Tarnofsky:

I am counsel for plaintiff, Johnson Controls Air Conditioning and Refrigeration, Inc. (Dubai Branch). I write with the consent and concurrence of counsel for defendant, Danmar Lines, Ltd. a/k/a Danmar Lines.

This action is scheduled for a settlement conference at 2:00PM on March 19, 2024 in Court Rm. 9B at 500 Pearl Street. In addition the parties are to submit pre-conference submissions by 5:00PM on March 12, 2024.

Counsel have been diligently discussing settlement with respect to

the claim set forth in plaintiff's pleadings. At this time the parties through their counsel have narrowed those issues and have exchanged real settlement proposals.

Counsel are confident that the parties will be able to work out a final settlement without the aid of the Court and the scheduled settlement conference.

With the foregoing in mind counsel write to request that both the pre-conference submission on March 12 as well as the settlement conference on March 19th at 2:00 PM be adjourned. Counsel are prepared to provide a status report to the court on March 22, 2024.

Respectfully submitted,

John F. Ryan

CC: Peter Skoufalos pskoufalos@browngavalas.com